UNITED STATES DISTRICT COURT

Northern District of California

San Jose Division

| | |
|---|---|
| JANE DOE 1, et al., <br>     Plaintiffs, <br> v. <br> SUCCESSFULMATCH.COM, <br>     Defendant. | No. C 13-3376 LHK <br><br> **ORDER RE: ATTENDANCE AT MEDIATION** <br><br> Date:     August 26, 2014 <br> Mediator:  Michael Bien |

IT IS HEREBY ORDERED that the request to excuse plaintiffs Jane Doe 1 and Jane Doe 2, and defendant Jason Du from appearing in person at the August 26, 2014, mediation before Michael Bien is GRANTED. The excused parties shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

IT IS SO ORDERED.

July 30, 2014         By: _____
Dated                                          Maria-Elena James
                                                  United States Magistrate Judge