UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1 AND JANE DOE 2, ) | Case No.: 13-CV-03376-LHK |
| Plaintiffs, ) | |
| ) | ORDER |
| v. ) | |
| SUCCESSFULMATCH.COM, a California ) Corporation, ) | |
| Defendant. ) | |

Pursuant to Civil Local Rule 7-1(b), the Court finds the Defendant's motion to dismiss appropriate for resolution without a hearing and hereby VACATES the hearing set for September 18, 2014 at 1:30 p.m. The Court CONTINUES the Case Management Conference set for September 18, 2014 at 1:30 p.m. to September 24, 2014 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 17, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge