UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1 AND JANE DOE 2, | |
| Plaintiffs, | Case No.: 13-CV-03376-LHK |
| v. | ORDER REGARDING JOINT CASE MANAGEMENT STATEMENT |
| SUCCESSFULMATCH.COM, a California Corporation, | |
| Defendant. | |

The parties shall file an updated joint case management statement by 5 p.m. on Monday, October 6, 2014.

The updated statement shall address any proposed changes to the case schedule for a third motion to dismiss in light of the Court's September 30, 2014 Order granting Defendant's motion to dismiss with leave to amend.

The updated statement shall also address any alternative dispute resolution options the parties are interested in pursuing.

**IT IS SO ORDERED.**

Dated:  October 3, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge