**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1 AND JANE DOE 2, ) | |
| ) | |
| Plaintiffs, ) | Case No.: 13-CV-03376-LHK |
| ) | |
| v. ) | PROPOSED CASE SCHEDULE |
| ) | |
| SUCCESSFULMATCH.COM, a California ) | |
| Corporation, ) | |
| ) | |
| Defendant. ) | |
| ) | |

In light of the parties' updated joint case management statement, ECF No. 56, the Court proposes the following amended case schedule:

THIRD MOTION TO DISMISS:

    Motion: November 4, 2014
    Opposition: November 18, 2014
    Reply: November 25, 2014
    Hearing: December 18, 2014

CLASS CERTIFICATION

    Motion: March 18, 2015. Briefing must be completed by April 16, 2015.
    Hearing: May 7, 2015

FACT DISCOVERY CUTOFF: July 23, 2015

EXPERT DISCOVERY:
    Opening Reports: August 6, 2015
    Rebuttal Reports: August 20, 2015
    Close of Expert Discovery: September 3, 2015

1

Case No.: 13-CV-03376-LHK
PROPOSED CASE SCHEDULE

1. DISPOSITIVE MOTIONS shall be filed by September 17, 2015, and set for hearing no later than October 22, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.
2. FINAL PRETRIAL CONFERENCE: December 17, 2015, at 1:30 p.m.
3. JURY/COURT TRIAL: January 25, 2016 at 9 a.m. Trial is expected to last 5 days.

The parties shall file any objections to the Court's proposed schedule by 5 p.m., Tuesday, October 7, 2014. If the parties file no objections, the Court will vacate the October 8, 2014 case management conference.

**IT IS SO ORDERED.**

Dated:  October 6, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge