UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1 AND JANE DOE 2, | ) |
| Plaintiffs, | ) Case No.: 13-CV-03376-LHK |
| v. | ) CASE MANAGEMENT ORDER |
| SUCCESSFULMATCH.COM, a California Corporation, | ) |
| Defendant. | ) |

The Court continues the October 8, 2014 case management conference to January 21, 2015 at 2 p.m.

In light of the parties' stipulation accepting the Court's proposed schedule, ECF No. 58, the Court sets the following amended case schedule:

THIRD MOTION TO DISMISS:

    Motion: November 4, 2014
    Opposition: November 18, 2014
    Reply: November 25, 2014
    Hearing: December 18, 2014

CLASS CERTIFICATION

    Motion: March 18, 2015. Briefing must be completed by April 16, 2015.
    Hearing: May 7, 2015

FACT DISCOVERY CUTOFF: July 23, 2015

EXPERT DISCOVERY:
    Opening Reports: August 6, 2015

      Rebuttal Reports: August 20, 2015
      Close of Expert Discovery: September 3, 2015

DISPOSITIVE MOTIONS shall be filed by September 17, 2015, and set for hearing no later than October 22, 2015 at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: December 17, 2015, at 1:30 p.m.

JURY/COURT TRIAL: January 25, 2016 at 9 a.m. Trial is expected to last 5 days.

**IT IS SO ORDERED.**

Dated: October 7, 2014        *Lucy H. Koh*

                                                                 LUCY H. KOH
                                                                 United States District Judge

Case No.: 13-CV-03376-LHK
CASE MANAGEMENT ORDER