KRONENBERGER ROSENFELD, LLP
KARL S. KRONENBERGER (SBN: 226112)
VIRGINIA SANDERSON (SBN: 240241)
150 Post St., Ste. 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Fax: (415) 955-1158
karl@krintgernetlaw.com
ginny@krinternetlaw.com

BUCHALTER NEMER
A Professional Corporation
JAMES B. WRIGHT (SBN: 63241)
GLENN ZWANG (SBN: 112295)
55 Second Street, Suite 1700
San Francisco, CA 94105-3493
Telephone: (415) 227-0900
Fax: (415) 227-0770
jwright@buchalter.com
gzwang@buchalter.com

Attorneys for Defendant
SUCCESSFULMATCH.COM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JANE DOE 1 and JANE DOE 2,<br><br>Plaintiffs,<br><br>vs.<br><br>SUCCESSFULMATCH.COM, a California Corporation, and DOES 1-10<br><br>Defendant. | CASE NO. 5:13-cv-03376-LHK<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE SET FOR JANUARY 21, 2015 |
|---|---|

    The parties respectfully submit this stipulation and proposed order to continue the case management conference set for January 21, 2015 at 2:00 p.m. on the following grounds:

**STIPULATION**

    1.    The parties are engaged in ongoing settlement discussions which will continue with a third formal mediation session on January 22, 2015, at JAMS before Judge Scott Snowden (ret.) which may resolve the litigation.

    2.    The parties request a continuance of the Case Management Conference set for

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

-1-    Case No. 5:13-cv-03376-LHK
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
BN 17631945v1

January 21, 2015 so that they may focus their efforts on mediation in an effort to avoid further litigation.

IT IS SO STIPULATED.

DATED: January 12, 2015

BUCHALTER NEMER
A Professional Corporation

By: _____
Randall L. Manvitz
Attorneys for Defendant
SUCCESSFULMATCH.COM

DATED: January 12, 2015

GREEN & NOBLIN, P.C.

By: _____
Robert S. Green
Attorneys for Plaintiffs
JANE DOE 1 and JANE DOE 2,

## [PROPOSED] ORDER

Good cause appearing, and based upon the stipulation of the parties, the continuance of the Case Management Conference set for January 21, 2015 is granted and is hereby reset for February 25, 2015.

Dated: January 12, , 2015

_Lucy H. Koh_
The Hon. Lucy H. Koh

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

-2-   Case No. 5:13-cv-03376-LHK
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC
BN 17631945v1