UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>SUCCESSFULMATCH.COM,<br><br>           Defendant. | Case No.:13-cv-03376-LHK<br><br>**ORDER RE NOTICE OF SETTLEMENT**<br><br>Re: Dkt. No. 68 |

On February 13, 2015, the parties filed a notice of settlement, indicating that they had "executed a mediated settlement term sheet that will resolve the claims asserted in this action." ECF No. 68. The parties jointly request that the Court stay the action "to allow for documentation completion of the settlement approval process." *Id.*

The Court denies the parties' request for a stay. The parties may renew their request for a stay of pending deadlines if the parties either file a motion for preliminary approval of class action settlement or a voluntary dismissal of the action. The case schedule remains as set.

1

Case No.: 13-cv-03376-LHK
ORDER RE NOTICE OF SETTLEMENT

**IT IS SO ORDERED.**

Dated: February 17, 2015

_____
LUCY H. KOH
United States District Judge

Case No.: 13-cv-03376-LHK
ORDER RE NOTICE OF SETTLEMENT

2