UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| JANE DOE 1, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>SUCCESSFULMATCH.COM,<br>        Defendant. | Case No.  13-cv-03376-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for February 25, 2015 at 2 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Friday, February 20, 2015, at 5 p.m.  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED**.

Dated: February 19, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 13-cv-03376-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT